|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CLARENCE H. ELLIOT,             )
                                )
        Plaintiff,              )   2:08-cv-0829-GMN-RJJ
                                )
vs.                             )
                                )
BRIAN WILLIAMS, *et al.*,       )   O R D E R
                                )
        Defendant,              )
_____)

This matter was referred to the undersigned Magistrate Judge to determine bail and conditions of release. *See*, Order (#58).

The Court having reviewed this matter and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing is scheduled for January 26, 2012, at 1:30 PM in LV courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiff Clarence H. Elliot must be present in Court for this hearing.

IT IS FURTHER ORDERED that Defendants shall make all necessary arrangements to produce and transport Plaintiff Clarence H. Elliot to the federal courthouse for this hearing. Further, Defendants are instructed to have Plaintiff Clarence H. Elliot at the Lloyd D. George United States Courthouse, no later than 9:00 AM on January 26, 2012, to ensure that the United States Pretrial Services Office may interview Plaintiff Elliot prior to the scheduled hearing. Defendants are responsible for the custody and control of the Plaintiff at all times during Plaintiff's presence in the federal courthouse.

1        IT IS FURTHER ORDERED that the United States Pretrial Services Office shall provide the Court with a pretrial services report prior to the scheduled hearing.

         IT IS FURTHER ORDERED that the Clerk shall provide a copy of this Order to the United States Pretrial Services Office and to the United States Marshal's Office.

         DATED this   11th   day of January, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge