# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLARENCE H. ELLIOT, | |
| Petitioner, | 2:08-cv-00829-GMN-GWF |
| vs. | **ORDER** |
| BRIAN WILLIAMS, *et al.*, | |
| Respondents. | |

This closed action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Petitioner has filed a motion for the return of $25,000.00 cash bond. (ECF No. 91). In the interests of justice, the Court expedites the briefing schedule for this motion.

**IT IS THEREFORE ORDERED** that respondents' response to the motion for return of cash bond (ECF No. 91) shall be filed within **five (5) days**.

**IT IS FURTHER ORDERED** that petitioner's reply shall be filed within **three (3) days** of being served with the response to the motion.

Dated this __5__ day of February, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court